# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRENDA KREH,

      Plaintiff,

-vs-

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

CASE NO. 07-CV-15023

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

CHARLES E. BINDER
UNITED STATES MAGISTRATE JUDGE

## ORDER
## (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION;
## (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;
## AND (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Before the Court is the Magistrate Judge's September 11, 2008 Report and Recommendation denying Plaintiff's Motion for Summary Judgment and granting Defendant's Motion for Summary Judgment. (Doc. No. 17). Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

(1)     **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. No. 17);

(2)     **DENIES** Plaintiff's Motion for Summary Judgment (Doc. No. 10); and

(3)     **GRANTS** Defendant's Motion for Summary Judgment. (Doc. No. 15).

**SO ORDERED.**

                                                                               _____
                                                                               PAUL D. BORMAN
                                                                               UNITED STATES DISTRICT COURT JUDGE

Dated:_____
      Detroit, MI